726 A.2d 260

IN THE MATTER OF ROBERT S. MILLER,
AN ATTORNEY AT LAW.

April 7, 1999.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **ROBERT S. MILLER** of **EAST ORANGE,** who was admitted to the bar of this State in 1964, and who was temporarily suspended from the practice of law effective March 1, 1999, by Order of this Court dated January 26, 1999, be restored to the practice of law, effective immediately.